**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-32L **DATE**: Sept. 8th, 2005

**TITLE OF CASE:** USA v. Robinson Gomez

---

**CHIEF JUDGE:** **Senior Judge Ronald R. Lagueux**

**COURTROOM CLERK:** **Barbara J. Gilfillan**

**COURT REPORTER:** **Joseph Fontes**

**COURT INTERPRETER:** **N/A**

---

**COUNSEL PRESENT**

Government: Stephanie Browne

Defendant: Joseph Voccola

Probation: Brian Pletcher

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant is present. Probation is present. Government/Defendant argue sentence. Defendant exercises his Right of Allocution. Court sentences the defendant to 36 months of imprisonment, recommendation to BOP that the defendant be placed in an intensive drug treatment program; 3 years supervised release (with conditions - substance abuse program with testing (up to 72 tests) in a program approved by the US Probation Dept., no fine, $100.00 special assessment